■ LARRY S. GRAY, Appellant, v NORMA N. YORIO, Respondent. [664 NYS2d 910] —Appeal from order, Family Court, Bronx County (Peter Passidomo, H.O.), entered on or about March 13, 1995, which dismissed petitioner's application for a downward modification of child support arrears, unanimously dismissed, without costs, as taken from a nonappealable order.

Determinations by a Hearing Examiner are not appealable (Family Ct Act § 439 [e]). Petitioner should have filed objections to the Hearing Examiner's dismissal of his application with the Family Court, and then, if necessary, appealed from the Family Court order. Concur—Sullivan, J. P., Milonas, Rosenberger and Williams, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v IGNACIO AYALA, Appellant. [664 NYS2d 912] —Judgment, Supreme Court, New York County (Nicholas Figueroa, J.), rendered November 27, 1995, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 4½ to 9 years, unanimously affirmed.

Defendant's suppression motion was properly denied. The evidence at the suppression hearing supported the inference that the unidentified apprehending officer heard the same transmission as the testifying officer (see, *People v Mims*, 88 NY2d 99, 113-114).

The court properly denied defendant's request for an agency charge "because there was no reasonable view of the evidence supporting the theory that defendant acted solely for the buyer" (*People v Brimberry*, 237 AD2d 229). Concur—Sullivan, J. P., Milonas, Rosenberger and Williams, JJ.